LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
Keith E. Nourot, SBN 221122
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706
E-Mail: tcassidy@pswdlaw.com

Attorneys for Defendants

—o0o—

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EMILY ROBINSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY, et al., <br><br> Defendants. | CASE NO:  CIV.S-04-1617 FCD/PAN <br><br> **STIPULATED REQUEST TO RESET HEARING ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; ORDER** |
| KIMBERLY KOZLOWSKI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY, et al., <br><br> Defendants. | CASE NO:  CIV.S-04-2381 FCD DAD <br><br> **DATE:** November 4, 2005 <br> **TIME:** 10:00 a.m. <br> **CTRM**: 2 <br> **JUDGE**: Hon. Frank C. Damrell, Jr. |

Page 1
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                                    USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.                                USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

WHEREAS, the date for Plaintiffs' Motion for Class Certification is currently set for November 4, 2005, in the above-captioned matter;

WHEREAS, the parties have agreed to submit this matter to mediation before the Honorable Raul Ramirez (Ret.);

WHEREAS, the parties have had one day of mediation on September 1, 2005, and have set two more days of mediation for October 26-27, 2005;

WHEREAS, the parties would prefer to focus their efforts on mediation rather than preparing, filing and opposing a motion for class certification;

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, through their counsel of record, that Plaintiffs' Joint Motion for Class Certification be continued to December 2, 2005, at 10:00 a.m., in Courtroom 2.

DATED: September 13, 2005        Respectfully submitted,

   LAW OFFICE OF MARK E. MERIN


   /s/ - "Mark E. Merin"
   _____
   MARK E. MERIN, SBN 043849
   Attorney for Plaintiffs

DATED: September 13, 2005        Respectfully submitted,

   PORTER, SCOTT, WEIBERG & DELEHANT


   /s/ - "Keith E. Nourot"
   _____
   TERENCE J. CASSIDY, SBN 99180
   KEITH E. NOUROT, SBN 221122
   Attorney for Defendants

\\\
\\\
\\\
\\\

Page 2
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                                   USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.                               USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

# ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Joint Motion for Class Certification be continued to December 2, 2005, at 10:00 a.m., in Courtroom 2. Pursuant to Local Rule 78-230, plaintiffs will file and electronically serve their Motion and supporting papers on or before November 1, 2005. Defendants will file and electronically serve their Opposition on or before November 15, 2005. Plaintiffs will file and electronically serve their Reply to Defendants' Opposition on or before November 23, 2005. The status conference set for December 2, 2005 is VACATED and RESET to Friday, January 27, 2006 at 10:00 a.m. A joint status report shall be filed on or before January 17, 2006.

DATED: September 14, 2005

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR., JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Page 3
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.    USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.    USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER