LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706
E-Mail: tcassidy@pswdlaw.com

Attorneys for Defendants

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| KIMBERLY KOZLOWSKI, et al., | CASE NO:   CIV.S-04-2381 FCD DAD |
| Plaintiffs, | **JOINT STATUS REPORT AND ORDER** |
| vs. | |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiffs, KIMBERLY KOZLOWSKI, JASMINE TAGGART and ALICIA ANDERSON and defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY PROBATION DEPARTMENT; SACRAMENTO COUNTY CHIEF PROBATION OFFICER VERNE SPEIRS, and SACRAMENTO COUNTY ASSISTANT CHIEF PROBATION OFFICER SUZANNE COLLINS, by and through their undersigned counsel, hereby submit the following Joint Status report pursuant to the Court's Order of February 22, 2006.

Since the court's order of February 22, 2006, the parties continued to engage in settlement discussions which resulted in the revision of language in a draft stipulated settlement agreement

1  which will now need the approval of the parties. Should the stipulated settlement agreement be
2  approved by the parties they will then move the court for preliminary approval of the stipulated
3  settlement agreement and establishment of a date for a fairness hearing.
4       The parties are hopeful of jointly requesting a hearing date for preliminary approval of the
5  stipulated settlement in late June or early July 2006.
6       If the parties have not approved of a stipulated settlement agreement within the next 30
7  (thirty) days, they will file a further status report and request the setting of dates for hearing on
8  Plaintiffs' Motion for Class Certification and/or a further status conference, as needed.

9  DATED: May 19, 2006       Respectfully submitted,

10                               LAW OFFICE OF MARK E. MERIN

11                               /s/ - "Mark E. Merin"

12                               MARK E. MERIN, SBN 043849
13                               Attorney for Plaintiffs

DATED: May 19, 2006       Respectfully submitted,

14
15                               PORTER, SCOTT, WEIBERG & DELEHANT

16                               /s/ - "Terence J. Cassidy"

17                               TERENCE J. CASSIDY, SBN 99180
                                Attorney for Defendants

18                                  **ORDER**

19       IT IS ORDERED that, if the parties have not approved the stipulated settlement
20  agreement within 30 (thirty) days of this order, they shall file a further status report requesting the
21  setting of dates for hearing on Plaintiffs' Motion for Class Certification and/or the setting of a further
22  status conference. The Parties shall either file the stipulated settlement or a joint status report shall
23  within thirty (30) days of the expiration of the time period as noted above.

24  DATED: May 24, 2006       /s/ Frank C. Damrell Jr.
                                            HON. FRANK C. DAMRELL, JR.
25                               JUDGE, U.S. DISTRICT COURT
                               EASTERN DISTRICT OF CALIFORNIA

26

27

28