LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706
E-Mail: tcassidy@pswdlaw.com

Attorneys for Defendants

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| KIMBERLY KOZLOWSKI, et al., | CASE NO:   CIV.S-04-2381 FCD DAD |
| Plaintiffs, | **ORDER** |
| vs. | |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the parties shall file their Joint Stipulated Motion for Preliminary Approval of Provisional Settlement Class and Settlement of Class Action and Stipulation of Settlement on or before July 10, 2006.

IT IS FURTHER ORDERED that a hearing has been set in this matter for August 18, 2006 at 10:00 a.m., in Courtroom 2 of the above-entitled Court located at 501 I Street, Sacramento, California.

DATED: June 26, 2006                /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL, JR.
                                    JUDGE, U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA