1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN 043849
2  Jeffrey I. Schwarzschild, SBN 192086
   2001 P Street, Suite 100
3  Sacramento, CA 95814
   Telephone: 916/443-6911
4  Facsimile: 916/447-8336

5  Attorneys for Plaintiffs

6  PORTER, SCOTT, WEIBERG & DELEHANT
   Terence J. Cassidy, SBN 099180
7  350 University Avenue, Suite 200
   Sacramento, CA 95825
8  Telephone: 916/929-1481
   Facsimile: 916/927-3706
9
   Attorneys for Defendants
10
                              —o0o—
11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13
                              —o0o—
14

| | |
|---|---|
| 15  EMILY ROBINSON, et al., | CASE NO:   CIV.S-04-1617 FCD/PAN |
| 16       Plaintiffs, | **ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION** |
| 17  vs. | |
| 18  SACRAMENTO COUNTY, et al., | |
| 19       Defendants. | |
| 20  KIMBERLY KOZLOWSKI, et al., | CASE NO:   CIV.S-04-2381 FCD DAD |
| 21       Plaintiffs, | |
| 22  vs. | |
| 23  SACRAMENTO COUNTY, et al., | |
| 24       Defendants. | |

25       WHEREAS, plaintiffs EMILY ROBINSON, HEATHER HARRISON, RYAN PRICE,

26  KIMBERLY KOZLOWSKI, JASMINE TAGGART and ALICIA ANDERSON, on behalf of

27  themselves and all persons similarly situated, by and through their attorneys, Mark E. Merin of the

28  Law Office of Mark E. Merin, and defendants SACRAMENTO COUNTY, SACRAMENTO

Page 1
**EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.**          **USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD**
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.          USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]

COUNTY PROBATION DEPARTMENT, SACRAMENTO COUNTY CHIEF PROBATION OFFICER VERNE SPEIRS, and SACRAMENTO COUNTY ASSISTANT CHIEF PROBATION OFFICER SUZANNE COLLINS, by and through their attorneys, Terence J. Cassidy of the law firm of Porter, Scott, Weiberg & Delehant, have entered into a Stipulation of Settlement intending to resolve all claims raised in these class actions pending in this Court;

WHEREAS, the Stipulation of Settlement, together with the supporting materials, sets forth the terms and conditions for a proposed settlement and dismissal with prejudice of the pending above-captioned class actions against all defendants;

WHEREAS, the Court has before it and has reviewed the parties' Stipulated Motion for Preliminary Approval of Settlement of Class Action together with the Stipulation of Settlement and supporting materials; and

WHEREAS, the Court is satisfied that the terms and conditions set forth in the Stipulation of Settlement were the result of good faith, arms' length settlement negotiations between competent and experienced counsel for both plaintiffs and defendants, after mediation before the Raul Ramirez (Retired), United States District Court Judge;

IT IS HEREBY ORDERED AS FOLLOWS:

**I.   PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF SETTLEMENT CLASS**

1. The terms of the Stipulation of Settlement, filed July 10, 2006, are hereby preliminarily approved, subject to further consideration thereof at the Fairness Hearing provided for below. The Court finds that the settlement is sufficiently within the range of reasonableness and that notice of the proposed settlement should be given as provided in this Order.

2. The Court hereby orders that the class of persons defined in Paragraph 15 of the Stipulation of Settlement filed and incorporated by reference herewith is certified as a Provisional Settlement Class.

3. The Court further conditionally finds that plaintiffs EMILY ROBINSON, HEATHER HARRISON, RYAN PRICE, KIMBERLY KOZLOWSKI, JASMINE TAGGART,

Page 2

EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.   USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.   USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]

and ALICIA ANDERSON are adequate class representatives for the settlement class.

4. The Court further finds that plaintiffs' counsel Mark E. Merin of the Law Office of Mark E. Merin is adequate class counsel.

5. The Court approves the Notice of Proposed Settlement of Class Action Strip Search Case attached hereto as Exhibit A and further approves the method by which notice is proposed to be given.

6. If, pursuant to the terms of the Stipulation of Settlement, the settlement is not consummated, the conditional certification of the settlement class and preliminary approval of the Stipulation of Settlement shall be void and the parties shall have reserved all of the rights to continue with any litigation or further mediation or settlement discussions.

7. The Bar Date, as defined in paragraph 2 of the Stipulation of Settlement shall be January 8, 2007.

II. **NOTICE TO SETTLEMENT CLASS MEMBERS, APPROVAL OF CLASS COUNSEL, AND EMPLOYMENT OF CLASS CLAIM ADMINISTRATOR**

8. Counsel for the class ("class counsel") is as follows:

   Mark E. Merin, Esq.
   Law Office of Mark E. Merin
   2001 P Street, Suite 100
   Sacramento, CA 95814
   (916) 443-6911 - Telephone
   (916) 447-8336 - Facsimile

9. Counsel for defendants is as follows:

   Terence J. Cassidy, Esq.
   Porter Scott Weiberg & Delehant
   P.O. Box 255428
   Sacramento, CA 95865
   (916) 929-1481- Telephone
   (916) 927-3706- Facsimile

10. Class Claims Administrator is as follows:

    Gilardi and Company, LLC
    3301 Kerner Blvd
    San Rafael, CA 94901
    (415) 461-0410 - Telephone
    (800) Toll Free Number to be arranged.
    (415) 461-0412 - Facsimile

Page 3
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.              USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.          USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]

11. Beginning no later than 30 days from the date of this Order, counsel for the parties acting with the Class Claims Administrator shall cause to be disseminated the Notice and Claim Form, substantially in the form attached as Exhibits A and B hereto, in the manner set forth in paragraphs 54 through 58 of the Stipulation of Settlement. Such summary notice as the parties agree will be published in accordance with the Stipulation of Settlement and announcements following a script approved by the parties will be made on such radio stations with the frequency provided in the Stipulation of Settlement. Class members will have up to and including January 8, 2007, in which to opt-out of this settlement, object to this settlement, or file claims. Prior to the Fairness Hearing, the Claims Administrator shall file and serve a sworn statement attesting to compliance with the provisions of this paragraph.

12. The notice to be provided as set forth in the Stipulation of Settlement is hereby found to be the best means practicable of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement and of the Fairness Hearing to all persons and entities affected by and/or entitled to participate in the settlement, in full compliance with applicable statutes and Constitution of the state of California, due process, the Constitution of the United States and all other applicable laws. The notices are accurate, objective, informative and provide class members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

13. Counsel for the respective parties are authorized to retain Gilardi and Company, LLC, 3301 Kerner Blvd, San Rafael, CA 94901, as Class Claims Administrator in accordance with the Stipulation of Settlement and this Order.

## III. REQUESTS FOR EXCLUSION FROM THE SETTLEMENT CLASS

14. Any member of the settlement class who wishes to be excluded ("opt out") from the settlement class must send a written request for exclusion to the Court at the address indicated in the Notice, postmarked on or before the Bar Date. The request for

Page 4

**EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.**      USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.      USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]

exclusion shall fully comply with requirements set forth in the Stipulation of Settlement. Members of the settlement class may not exclude themselves by filing requests for exclusion as a group or class, but must in each instance individually and personally execute a request for exclusion and timely transmit it to the Court.

15. Any member of the settlement class who does not properly and timely request exclusion from the settlement class shall be bound by all of the terms and provisions of the Stipulation of Settlement, including but not limited to the releases, waivers and covenants described in the Stipulation of Settlement, whether or not such person objected to the settlement and whether or not such person made a claim upon or participated in, the Settlement Fund created pursuant to the Stipulation of Settlement.

## IV. THE FAIRNESS HEARING

16. A hearing on final approval, the "Fairness Hearing," is hereby scheduled to be held before this Court on March 2, 2007, at 10:00 a.m., to consider the fairness, reasonableness, and adequacy of the proposed settlement, the dismissal with prejudice of these class action complaints with respect to the released parties herein, and the entry of final judgment in the class action. Class counsel's application for award of attorney's fees and costs shall be heard at the time of the Fairness Hearing.

17. The date and time of the Fairness Hearing shall be set forth in the Notice, but the Fairness Hearing shall be subject to adjournment by the Court without further notice to the members of the settlement class other than that which may be issued by the Court.

18. Any person who does not elect to be excluded from the settlement class may, but need not, enter an appearance through his or her own attorney. Settlement class members who do not enter an appearance through their own attorneys will be represented by class counsel.

19. Any person who does not elect to be excluded from the settlement class may, but need not, submit comments or objections to the proposed settlement. Any class member may object to the proposed settlement, entry of the final order and judgment

Page 5

EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.   USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.   USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]

1 approving the settlement, and class counsel's application for fees and expenses by
2 filing and serving a written objection.
3 20. Any class member making the objection (an "objector") must sign the objection
4 personally. Any objection must state why the objector objects to the proposed
5 settlement and provide the basis to support such position. If an objector intends to
6 appear personally at the Fairness Hearing, the objector must include with the
7 objection a notice of the objector's intent to appear at the hearing.
8 21. Objections, along with any notice of intent to appear, must be filed with the Court no
9 later than February 16, 2007. If counsel is appearing on behalf of more than one
10 class member, counsel must identify each such class member and each class member
11 must have complied with the requirements of this order. These documents must be
12 filed with the clerk of the Court at the following address: United States District
13 Court, Eastern District of California, 501 I Street, Courtroom 2, Sacramento,
14 California 95814.
15 22. Objections, along with any notice of intent to appear, must also be mailed to class
16 counsel and counsel for defendants at the addresses listed below:

Counsel for the class ("class counsel") is as follows:

> Mark E. Merin, Esq.
> Law Office of Mark E. Merin
> 2001 P Street, Suite 100
> Sacramento, CA 95814
> (916) 443-6911 - Telephone
> (916) 447-8336 - Facsimile

Counsel for defendants is as follows:

> Terence J. Cassidy, Esq.
> Porter Scott Weiberg & Delehant
> P.O. Box 255428
> Sacramento, CA 95865
> (916) 929-1481- Telephone
> (916) 927-3706- Facsimile

26 23. Only class members who have filed and served valid and timely notices of objection
27 shall be entitled to be heard at the Fairness Hearing. Any class member who does not
28 timely file and serve an objection in writing to the settlement, entry of final order and

Page 6

**EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.**  USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.  USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]

1 | judgment, or to class counsel's application for fees and expenses, in accordance with the procedure set forth in the class notice and mandated in the order, shall be deemed to have waived any such objection by appeal, collateral attack, or otherwise.

24. Persons wishing to be heard at the Fairness Hearing are required to file written comments or objections and indicate in their written comments or objections their intention to appear at the Fairness Hearing. Settlement class members need not appear at the hearing or take any other action to indicate their approval.

25. All members of the settlement class who do not personally and timely request to be excluded from the class are enjoined from proceeding against the defendants until such time as the Court renders a final decision regarding approval of the settlement and, if the settlement is approved, enters final judgment as provided in the Stipulation of Settlement.

## V. OTHER PROVISIONS

26. Upon approval of the settlement provided for in the Stipulation of Settlement, each and every term and provision thereof shall be deemed incorporated herein as if expressly set forth and shall have the full force and effect of an order of this Court.

27. Raul Ramirez, retired, United States District Court Judge, retired, is hereby appointed to serve as Special Master to review and resolve certain disputes pursuant to the terms of the Stipulation of Settlement.

28. All reasonable costs incurred in notifying members of the settlement class as well as administering the Stipulation of Settlement shall be paid as set forth in the Stipulation of Settlement.

IT IS SO ORDERED.

DATED: August 11, 2006

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.
JUDGE OF THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Page 7
**EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.**    USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.    USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION [PROPOSED]